# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL LIKER | CIVIL ACTION NO. 24-0967 |
| VERSUS | |
| SWN PRODUCTION LOUISIANA, LLC | JUDGE ALEXANDER C. VAN HOOK |
| | MAGISTRATE JUDGE HORNSBY |

## ORDER

Considering the foregoing Report and Recommendation, R.Doc. 29,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to File Second Amending and Supplemental Petition is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **REMANDED** to the 42nd Judicial District Court for Desoto Parish, Louisiana.

**DONE AND SIGNED** at Shreveport, Louisiana, this 18th day of February, 2026.

**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**